Coney *v.* Coney.

*Mr. G. O. Vanderbilt,* for the appellant.

*Mr. W. Y. Johnson,* for the respondent.

---

MINORA CONEY, appellant,

*v.*

WARREN M. CONEY, respondent.

On appeal from a decree advised by *Joseph F. Randolph, Esq.,* advisory master.

Minora Coney filed her petition in the court of chancery, praying a decree of divorce from her husband, Warren M. Coney, on the ground of adultery.

The defendant filed an answer to the petition by way of cross-bill, charging the petitioner with adultery. After a hearing upon the evidence, the advisory master advised a decree dismissing the petition, and granting the relief prayed by the cross-bill.

PER CURIAM.

Decree reversed, with directions that a decree be entered in the court of chancery dismissing the cross-bill, and that a decree of divorce be entered on the petition of the wife.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, DIXON, GARRISON, KNAPP, MAGIE, VAN SYCKEL, BROWN, CLEMENT, COLE, MCGREGOR, SMITH, WHITAKER—12.